## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 413 MAL 2018

                Respondent     :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

            v.                :

                           :

JACQUIN JOHN CARR,         :

                           :

                Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.